15146

STATE v. STANDARD OIL CO. OF NEW JERSEY
STATE v. SHELL OIL CO.
STATE v. TEXAS CO.
STATE v. SINCLAIR REFINING CO.

(10 S. E. (2d), 778)

268

270

November, 1939.

280

282

284

Messrs. *John M. Daniel*, Attorney General, *Hubert E.*
*Yarborough, Jr.*, and *William H. Smith*, for appellant,

*Messrs. Royall & Wright, Cyrus S. Gentry* and *Charles L. Harding,* for respondent,

*Messrs. McEachin & Townsend, Benet, Shand & Mc-Gowan, Luke W. Finlay, Clarence J. Shearn* and *Charles C. Smith,* for respondent,

September 25, 1940.

The opinion of the Court was delivered by MR. JUSTICE FISHBURNE.

The decree of Judge Lide, from which this appeal is taken, includes a thorough discussion of the issues raised by the exceptions. We think that the questions before us have been soundly decided by the lower Court, and that the exceptions are without merit. Let the decree of the Circuit Court be reported as the judgment of this Court.

Judgment affirmed.

MR. CHIEF JUSTICE BONHAM, MR. JUSTICE CARTER and MESSRS. ACTING ASSOCIATE JUSTICES J. HENRY JOHNSON and E. H. HENDERSON concur.